IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ

BLACK LIVES MATTER 5280,
DR. APRYL ALEXANDER,
ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
PHILLIP ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN,
CIDNEY FISK, and
STANFORD SMITH,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
JOHN AND JANE DOES 1-100, and
JANE BOES 1-50,

    Defendant.

## ORDER TO CONSOLIDATE RELATED ACTIONS

The Court *sua sponte* orders that related action *Cruz et al v. City and County of Denver et al, 1:20-cv-01922-RBJ* be consolidated with the above captioned matter and that all future filings shall be made on the consolidated docket under case *Black Lives Matter 5280 et al v. City and County of Denver et al, 1:20-cv-01878-RBJ*.

DATED this 4th day of August, 2020.

BY THE COURT:

_____
R. Brooke Jackson

United States District Judge

- 2 -

003101-14  618847 V1