IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01922-RBJ,
consolidated with 20-cv-01878-RBJ

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 5, 2020.**

    In light of Judge R. Brooke Jackson's order consolidating related actions (ECF 22), the Scheduling Conference currently set before this Court on September 9, 2020 is **vacated**.